UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 12 B 29917
CHAPTER 13

ROBERT GLOVER

JUDGE JACQUELINE P COX

DEBTOR   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CENTRAL MORTGAGE COMPANY

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 39 | XXXXXX5780 | $2,511.51 | $21,208.08 | $21,208.08 |
| Total Amount Paid by Trustee | | | | | $21,208.08 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-29917-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 14th day of September, 2017.

Debtor:
ROBERT GLOVER
19602 OAKWOOD AVE
LYNWOOD, IL  60411

Attorney:
GLEASON & GLEASON LLC
77 W WASHINGTON #1218
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
CENTRAL MORTGAGE COMPANY
801 JOHN BARROW ROAD STE 1
LITTLE ROCK, AR  72205

Mortgage Creditor:
FST FED OTT
% ROESER & VUCHA
920 DAVIS RD #100
ELGIN, IL  60123

Mortgage Creditor:
FST FED OTT
% ROESER & VUCHA
920 DAVIS RD #100
ELGIN, IL  60123

Mortgage Creditor:
WELLS FARGO BANK
% FREEDMAN ANSELMO
LINDBERG
1771 W DIEHL RD #120
PO BOX 3228
NAPERVILLE, IL  60566

Mortgage Creditor:
WELLS FARGO BANK
3476 STATEVIEW BLVD
MAC X7801-014
FT MILL, SC  29715

Mortgage Creditor:
CENTRAL MORTGAGE COMPANY
% PIERCE & ASSOCIATES PC
1 N DEARBORN STREET STE 1300
CHICAGO, IL  60602

Mortgage Creditor:
FIRST FEDERAL S & L
633 LASALLE ST
OTTAWA, IL  61350

Mortgage Creditor:
WELLS FARGO BANK NA
% ANSELMO LINDBERG OLIVER
LLC
1771 W DIEHL RD #120
NAPERVILLE, IL  60563

ELECTRONIC SERVICE - United States Trustee

Date:  September 14, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603